UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER STROSS,

               Plaintiff,

   -v-

CONTENT IQ, LLC et al.,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 2907 (DLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Honorable Denise L. Cote referred this Action to me for Settlement. (ECF No. 15). In accordance with the Pretrial Scheduling Order, the parties shall contact my Chambers by June 25, 2021, to schedule a Settlement Conference under my supervision in July 2021. (ECF No. 14). Accordingly, by **Friday, June 25, 2021**, the parties shall submit a joint email to Cave_NYSDChambers@nysd.uscourts.gov with the following information: (i) at least four proposed dates in July when counsel and the parties are available for a Settlement Conference;[1] and (ii) the parties' preferred format for the Settlement Conference (in-person, by telephone, by Microsoft Teams videoconference hosted by the Court, or by another videoconferencing platform hosted by the parties).

Dated:      New York, New York
              June 21, 2021

                                                       SO ORDERED.

---

[1] Settlement Conferences under my supervision generally begin at either 10:00 am or 2:00 pm and the Court sets aside three hours for the conference.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**